IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BUSTAMANTE,

    Petitioner,                 No. CIV S-08-0890 LKK KJM P

    vs.

L.E. SCRIBNER, Warden,

    Respondent.                ORDER

                              /

           Petitioner has filed his second request for an extension of time to file a petition for writ of habeas corpus pursuant to the court's order of May 12, 2008. Good cause appearing, the request will be granted. No further extensions of time will be granted.

           IT IS HEREBY ORDERED that:

               1. Petitioner's motion for an extension of time (docket no. 4) is granted; and

               2. Petitioner shall file a petition for writ of habeas corpus on or before July 31, 2008. No further extensions of time will be granted.

DATED: June 26, 2008.

                                          U.S. MAGISTRATE JUDGE

/mp
bust0890.111sec